AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__Northern__ District of __New York__

UNITED STATES OF AMERICA
V.

Longley-Jones Management Corporation

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: DNYN506CR000190-001
John P. Langan, Hiscock and Barclay, LLP, One Park Place, 300 South State Street, P.O. Box 4878, Syracuse, New York 13221-4878
(315) 425-2754
Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s) __1 through 8 of the Information on June 13, 2006.__

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Violate the Clean Air Act and to Commit Mail Fraud | 01/05 | 1 |
| 42 U.S.C. § 7413(c)(1) | Violation of the Clean Air Act | 06/06 | 2-8 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

☐  Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: __16-0960794__

Defendant Organization's Principal Business Address:

1010 James Street

Syracuse, New York 13202

July 10, 2006
Date of Imposition of Judgment

_/s/ J. Scullin_
Signature of Judge

Frederick J. Scullin, Jr., Senior U.S. District Judge
Name and Title of Judge

July 12, 2006
Date

Defendant Organization's Mailing Address:

Same

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

---

Judgment—Page __2__ of __4__

**DEFENDANT ORGANIZATION:** Longley-Jones Management Corporation
**CASE NUMBER:** DNYN506CR000190-001

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

2 years on each count to be served concurrently.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with the following special conditions:

1) The defendant corporation will develop, fund and implement an effective compliance and ethics program consistent with U.S.S.G. §8B2.1 (Effective Compliance and Ethics Program). The organization shall include in its submission a schedule for implementation of the compliance and ethics program.

2) In order to monitor whether the organization is following the program referred to in Condition 1, the organization shall submit to a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the Court.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page __3__ of __4__

DEFENDANT ORGANIZATION:    Longley-Jones
CASE NUMBER:               DNYN506CR000190-001

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**        | **Restitution** |
|--------|----------------|-----------------|-----------------|
| TOTALS | $ 3,200.00     | $ 4,000,000.00  | $ N/A           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    X the interest requirement for the    X fine    ☐ restitution is modified as follows:

        The interest on the fine is waived provided the defendant corporation adhere to the payment schedule.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page   4   of   4

DEFENDANT ORGANIZATION:   Longley-Jones Management Corporation
CASE NUMBER:   DNYN506CR000190-001

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** **X** Lump sum payment of $ __3,200.00__ due immediately, balance due

    ☐ not later than _____ , or
    X   in accordance with   ☐ C or   X  D below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** **X** Special instructions regarding the payment of criminal monetary penalties:

    Of the $4,000,000 fine imposed, $3,000,000 is suspended on the condition that it is used to clean up asbestos at various Longley-Jones controlled or owned facilities. This amount includes money already expended in cleaning up asbestos at its facilities after the company began cooperating with the investigation of the offense. The remaining $1,000,000 fine shall be made payable to the U.S. District Court Clerk in six consecutive, equal monthly installments due on the 5th day of each month following sentencing. The first payment is due today.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.